UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Janet Saunders et al

    v.

                                 Case No. 17-cv-27-01-JL

First Magnus Financial Corp et al


JUDGMENT


In accordance with the Order dated July 16, 2018, by Chief Judge

Joseph N. Laplante, judgment is hereby entered.


                                   By the Court:

                                   _____

                                   Daniel J. Lynch
                                   Clerk of Court

Date: July 23, 2018


Janet Saunders, pro se
Peter Saunders, pro se
Christopher J. Somma, Esq.
Nathan Reed Fennessy, Esq.
Peter G. Callaghan, Esq.
David S. Frankel, Esq.
Mark P. Hodgdon, Esq.
Maxim M.L. Nowak, Esq.
Fred O. Goldberg, Esq.
John Fitzgerald Willis, Esq.
Mary L. Cataudella, Esq.
Matthew Joseph Delude, Esq.
Scott C. Owens, Esq.
Mary Ellen MacDonald, Esq.